■ DARWIN SHAY, Appellant, v DOROTHE C. BOWER, Individually and as Trustee of the Dorothe C. Bower Living Trust, Respondent. [801 NYS2d 187]—Appeal from an order of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered July 8, 2004. The order, insofar as appealed from, denied plaintiff's motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Lawton, JJ.